## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

SIMONA AUGYTE and )
CHAD OETJEN, )
                        )      Case No. 4:02cv3312
         Plaintiffs, )
                        )
        vs. )
                        )          **ORDER**
GREYHOUND LINES, INC., )
ARCHWAY COOKIES, DEBRA )
JOHNSON, ROBERT WADE, and )
JOHN DOE COMAPNY, )
                        )
        Defendants. )

       Upon notice of settlement given to the magistrate judge by faxed correspondence from Mark J. Obral, counsel for Plaintiff,

       **IT IS ORDERED:**

       1.  On or before **May 21, 2005** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned judge a draft order which will fully dispose of the case;

       2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

       3.  The Rule 16 planning conference set for May 5, 2005 is cancelled upon the representation that this case is settled.

       Dated: April 21, 2005.

                        BY THE COURT:

                        s/ F.A. Gossett
                        United States Magistrate Judge