## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SIMONA AUGYTE and CHAD OETJEN, | ) ) ) | |
| Plaintiffs, | ) ) | 4:02CV3312 |
| vs. | ) ) | ORDER |
| GREYHOUND LINES, ARCHWAY COOKIES, DEBRA JOHNSON, ROBERT WADE and JOHN DOE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Stipulation for Dismissal (Filings 188, 189 and 190). Jay L. Welch signed for defendants Archway Cookies and Robert Wade; Mark J. Obral signed for plaintiffs; and Daniel P. Chesire signed for defendants Greyhound Lines and Debra Johnson. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Being fully advised in the premises, the court finds that dismissal is appropriate.

**IT IS ORDERED:**

1. The Stipulation for Dismissal (Filings 188, 189 and 190) is granted.
2. This case is dismissed with prejudice as to each and every claim.
3. The parties shall pay their own costs and attorneys' fees unless otherwise agreed by the parties.

**DATED May 9, 2005.**

                **BY THE COURT:**

                **s/ F.A. Gossett**
                **United States Magistrate Judge**